**Allen James ROACHE, Jr.,**
**Plaintiff—Appellant,**

v.

**Curtis BUCHOLZ, Policy Holder; Landmark Communications, Incorporated; Sand Cole; Robert Springton; Sandra Jackson, Supervisor; Kelly Irene Zak, Driver; Progressive Insurance; Progressive Insurance Company; Corey Medders, Claims Adjuster; Sentry Claims Service; Kimberly Kerr, Claims Adjuster; Concentra; Jean Whalen, RN, Sentry Insurance Case Manager; Atlantic Orthopaedic Specialists; Timothy Budorick, Medical Doctor; Advance Pain Management & Rehabilitation, P.C.; Lisa Barr, Medical Doctor; Thomas Moran, D.O.; Robert M. Spear; Steven Gershon; Sports Therapy and Industrial Medicine; Peter Owens, Lpta; Allied Chiropractic Center; Brian Lancaster, Doctor; Colgan, Kimball & Carnes, Attorneys at Law; Richard L. Colgan; Keith Loren Kimball; the Virginian Pilot; the Virginian Pilot Production Plant Circulation, Defendants—Appellees.**

784

No. 04–1152.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2004.

Decided: July 15, 2004.

Allen James Roache, Jr., Appellant pro se.

William McCardell Furr, Willcox & Savage, Norfolk, Virginia; Allen W. Beasley, Breeden, Salb, Beasley & Duvall, Norfolk, Virginia; Bryan Craig Dunkum, Stark, Dunkum, Fitzgerald & Lane, Richmond, Virginia; Paul R. Schmidt, Huff, Poole & Mahoney, P.C., Virginia Beach, Virginia; M. Pierce Rucker, II, Sands, Anderson, Marks & Miller, Richmond, Virginia; Matthew LeRoy Curtis, Goodman, Allen & Filetti, P.L.L.C., Norfolk, Virginia; Robert Moreland, the Heilig Firm, Norfolk, Virginia; Brewster Stone Rawls, Brewster S. Rawls & Associates, P.C., Richmond, Virginia; John David McChesney, Rawls & McNelis, P.C., Richmond, Virginia; William Gilbert Shields, Sr., Thorsen & Scher, L.L.P., Richmond, Virginia; William Carl Bischoff, Croshaw, Siegel, Beale, Hauser & Lewis, Virginia Beach, Virginia; Kellam Thomas Parks, Stallings & Richardson, Virginia Beach, Virginia, for Appellees.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Allen James Roache, Jr., appeals the district court's orders granting Defendants' motions to dismiss his complaint filed pursuant to 42 U.S.C. §§ 1981–1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Roache v. Bucholz,* No. CA–03–81–4 (E.D. Va. filed Sept. 10, 2003; Nov. 5, 2003; Nov. 20, 2003; filed Jan. 16, 2004 & entered Jan. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*